**Kenneth ROSS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 47090.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 27, 1983.

Donald J. Hager, Public Defender, Farmington, for appellant.

John Ashcroft, Atty. Gen., Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

This is an appeal from the denial, without an evidentiary hearing, of a Rule 27.26 motion. Affirmed. Rule 84.16(b).